UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL J. RICHARDS,** | ) NO. EDCV 15-00874-KS |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: June 3, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE